United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |

GIUSEPPE SCARVAGLIERI, et al.        §
                                     §
    *Plaintiff(s)*,                  §
                                     §
v.                                   §        No. 4:22-cv-02688
                                     §        Jury
SEADRILL AMERICAS, INC.,             §
                                     §
    *Defendant(s)*.                  §

## ORDER OF DISMISSAL

IT IS ORDERED that Plaintiff Giuseppe Scarvaglieri's Motion to Dismiss (Doc. 19) is GRANTED. It is further

ORDERED that Scarvaglieri's claim(s) against Defendant Seadrill Americas, Inc. are dismissed.

Date:   April 20, 2023

_____
Hon. Charles Eskridge
United States District Judge